UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | **17 CR 7 2 9** |
| vs. | | CRIMINAL NO. |
| XAVIER RENALDO HAYWOOD, Defendant. | | United States Courts<br>Southern District of Texas<br>FILED |

DEC 1 2 2017

David J. Bradley, Clerk of Court

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking)

On or between December 1, 2016, and January 31, 2017, within the Southern District of Texas,

**XAVIER RENALDO HAYWOOD,**

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as Minor Victim 1, who had attained the age of 14, but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining and soliciting by any means Minor Victim 1, knowing and in reckless disregard of the fact that: (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act, and; (2) that Minor Victim 1 had not attained the age of 18 years and would be caused to engage

1

in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (2) and 2.**

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count One of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One, or any property traceable to such property, including, but not limited to, the following:

LG cell phone, model LS675, S/N 602CYGW086371.

A True Bill:

ORIGINAL SIGNATURE ON FILE
Grand Jury Foreperson

ABE MARTINEZ
Acting United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374