UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JUN 17 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. 17-729 |
| | § | |
| XAVIER RENALDO HAYWOOD | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Coercion and Enticement)

On or about October 1, 2016, through January 17, 2017, within the Southern District of Texas and elsewhere,

**XAVIER REYNALDO HAYWOOD,**

defendant herein, by use of the United States mail and by means of a facility of interstate and foreign commerce, did knowingly and intentionally persuade, induce, entice, and coerce a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of Texas, that is, the crime of Online Solicitation of a Minor, in violation of Texas Penal Code 33.021 and the crime of Sexual Assault of a Child, in violation of Texas Penal Code 22.011.

**In violation of Title 18, United States Code, Section 2422(b).**

1

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count One of the Information, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One, or any property traceable to such property, including, but not limited to, the following:

LG cell phone, model LS675, S/N 602CYGW086371.


RYAN K. PATRICK
United States Attorney

By: /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9374