United States Courts
Southern District of Texas
FILED

December 06, 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. 17-CR-729S |
| XAVIER RENALSO HAYWOOD, § § | |
| Defendant. § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Use of an Interstate Facility to Promote Unlawful Activity)

From on or about December 14, 2016, through December 29, 2016, in the Southern District of Texas and elsewhere,

**XAVIER RENALSO HAYWOOD,**

defendant herein, while aiding and abetting others, did willfully use a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, prostitution in violation of Title 9, Section 43.02, of the Texas Penal Code, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

**In violation of Title 18, United States Code, Section 1952(a)(3)(A) and (b) and Section 2.**

## COUNT TWO
### (Use of an Interstate Facility to Promote Unlawful Activity)

From on or about January 1, 2017, through January 9, 2017, in the Southern District of Texas and elsewhere,

**XAVIER RENALSO HAYWOOD,**

defendant herein, while aiding and abetting others, did willfully use a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, prostitution in violation of Title 9, Section 43.02, of the Texas Penal Code, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

**In violation of Title 18, United States Code, Section 1952(a)(3)(A) and (b) and Section 2.**

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9374

2